IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR441 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIE B. HAYNES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for reconsideration (Filing No. 84) of the previous order stating that the Defendant's notice of appeal was untimely and he had not shown excusable neglect or good cause. After the Defendant filed his motion, the Eighth Circuit Court of Appeals issued its opinion in which it summarily affirmed this Court's decision.

IT IS ORDERED:

1.  The Defendant's pro se motion for reconsideration (Filing No. 84) is denied; and

2.  The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 10th day of December, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge